UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PELLERIN,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF SAN JOAQUIN; THE SAN JOAQUIN SHERIFF'S DEPARTMENT; THE CITY OF STOCKTON; WILBON, MNI 957664; MORENO, MNI 957663; DEPUTY JOHN ORNELAS, MNI 957671; DEPUTY GILBERT CHAVEZ, MNI 160215; and DOES 1 through 25,<br><br>Defendants. | No. 2:17-cv-00754-MCE-KJN<br><br>**ORDER** |

Defendants COUNTY OF SAN JOAQUIN, a political subdivision of the State of California, SAN JOAQUIN COUNTY SHERIFF'S OFFICE, GILBERT CHAVEZ, BRIAN MORENO, and ALFRED WILBON, hereinafter collectively referred to as "County Defendants," filed an objection to the Court's Initial Pretrial Scheduling Order ("IPTSO," ECF No. 4) on September 29, 2017. ECF No. 14. Therein, County Defendants object to the discovery deadlines imposed in the Court's IPTSO, claiming that because they were not served with process until nearly four months after the Complaint was filed, the Court's order requiring completion of discovery within 365 days of the date the case was

1

opened is not reasonable. In light of Plaintiff's delayed service on County Defendants, and having received no opposition from Plaintiff, the Court finds good cause to amend the IPTSO to extend the discovery deadline.

It is therefore ordered that discovery shall be completed not later than 365 days from the date the last County Defendant was served, which was August 1, 2017. All other dates and deadlines set forth in the IPTSO shall be triggered from this revised discovery deadline.[1] The parties are further ordered to meet and confer as required by Federal Rule of Civil Procedure 26(f) not later than 30 days from the date of electronic filing of this Order.

IT IS SO ORDERED.

Dated: October 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] The parties are advised that the IPTSO as revised by this Order will become final without further order of the Court unless objections are filed within sixty (60) days of electronic filing of this Order. Thereafter, extensions may be sought by stipulation or by way of a motion to amend the IPTSO, per Section VII of the IPTSO.