OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
ROBERT E. O'ROURKE, CSB #127935
JASON R. MORRISH, CSB #192686
Deputy County Counsel
44 N. San Joaquin Street, Suite 679
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, SAN JOAQUIN
COUNTY SHERIFF'S OFFICE, GILBERT CHAVEZ,
BRIAN MORENO and ALFRED WILBON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PELLERIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE COUNTY OF SAN JOAQUIN; THE SAN JOAQUIN SHERIFF'S DEPARTMENT; THE CITY OF STOCKTON, WILBON, MNI 957664; MORENO, MNI 957663; DEPUTY JOHN ORNELAS, MNI 957671; DEPUTY GILBERT CHAVEZ, MNI 160215; and, DOES 1 through 25,<br><br>　　　　　Defendants. | Case No. 2:17-CV-00754-MCE-KJN<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER** |

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), the parties to the above-entitled action, by and through their respective counsel of record, hereby stipulate that the action be dismissed with prejudice in its entirety as to all defendants.

///
///
///
///

1 | SO STIPULATED.

2 | Dated: _____         OFFICE OF THE COUNTY COUNSEL

4 |                                By:    /s/ *Jason R. Morrish*
                                          JASON R. MORRISH
5 |                                       Deputy County Counsel

6 |                                Attorneys for Defendants,
                                   COUNTY OF SAN JOAQUIN, SAN
7 |                                JOAQUIN COUNTY SHERIFF'S OFFICE,
                                   GILBERT CHAVEZ, BRIAN MORENO and
8 |                                ALFRED WILBON

10 | Dated: _____        LAW OFFICES OF PAUL L. ALAGA

12 |                                By:   /s/ *Paul L. Alaga*
                                          PAUL L. ALAGA
13 |                                      Attorney for Plaintiff

15 | IT IS SO ORDERED.

16 | Dated: _____
                                   _____
17 |                               UNITED STATES DISTRICT JUDGE

2

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE